DOWD, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

Juan Valdez-Reyes,

          CASE NO.4:07CV849

    Petitioner,                                 4:02CR273

    v.                                     <u>JUDGMENT ENTRY</u>
                                                (Resolving Doc. No. 1)

United States of America,

    Respondent.

For the reasons stated in the Memorandum Opinion filed contemporaneously with this Judgment Entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that the petition of Juan Valdez-Reyes for relief pursuant to 28 U.S.C. Section 2255 is denied.

The Court also certifies, pursuant to 28 U.S.C. Section 1915(a)(3), that an appeal from this decision could not be taken in good faith.

Pursuant to 28 U.S.C. Section 2253(c) and Fed. R. App. P. 22(b), the Court declines to issue a certificate of appealability.

IT IS SO ORDERED.

  <u>August 21, 2007</u>                             <u>*/s/ David D. Dowd, Jr.*</u>
Date                                       David D. Dowd, Jr.
                                              U.S. District Judge